Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−15303−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary W. Marker
17 Tourne Road
Boonton, NJ 07005

Jan W. Roman Marker
aka Jan W. Marker, aka Jan W. Roman
17 Tourne Road
Boonton, NJ 07005

Social Security No.:
  xxx−xx−8377

  xxx−xx−4182

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 10, 2020</u>        <u>John K. Sherwood</u>
                                      Judge, United States Bankruptcy Court