UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Gregory L. Van Dyck
Deputy Attorney General
NJ BAR ID No. 03724-1990
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 119
Trenton, New Jersey 08625

**Order Filed on July 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GARY W. MARKER and JAN ROMAN-MARKER,

    Debtors.

Case No.: 15-15303 (JKS)

Chapter 13

Honorable John K. Sherwood, U.S.B.J.

CONSENT ORDER VACATING THE COURT'S PRIOR ORDER DATED JUNE 25, 2020, FINDING WILLFUL VIOLATION OF THE AUTOMATIC STAY BY THE STATE OF NEW JERSEY, THE DEPARTMENT OF LABOR

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor(s): Gary W. Marker and Jan W. Roman-Marker
Case No.: 19-15303
Caption of Order: CONSENT ORDER

---

This matter having been originally opened to the Court upon a motion by AST & SCHMIDT, P.C., attorneys for debtors, Gary W. Marker and Jan W. Roman-Marker ("Debtors"), for entry of an order holding the State of New Jersey, Department of Labor and Workforce Development (hereafter "Department of Labor") in willful violation of the automatic stay; and the Court having entered an Order dated June 25, 2020, finding the State of New Jersey Department of Labor in Willful Violation of the Automatic Stay; and the New Jersey Office of the Attorney General Office and the Department of Labor not having received the aforesaid motion prior to the return date;

and with the Department of Labor's processing Jan Roman-Marker's unemployment benefits prior to the entry of the June 25 Order; and with the withheld unemployment benefits being returned; and upon the consent of the parties, Gurbir S. Grewal, Attorney General of New Jersey (Gregory L. Van Dyck, Deputy Attorney General, appearing) and David Ast, Esq.; and for good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED THAT this Court's Order entered June 25, 2020, is hereby vacated except as to the remittance of the $500.00 in attorney's fees.

CONSENTED AS TO FORM AND ENTRY:

AST & SCHMIDT, LLC
Attorneys for the Debtors

_____
Davis A. Ast, Esq.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for the New Jersey
Department of Labor

_____
Gregory L. Van Dyck
Deputy Attorney General