```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Gregory L. Van Dyck
Deputy Attorney General
NJ BAR ID No. 03724-1990
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 119
Trenton, New Jersey 08625
```

Order Filed on July 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 15-15303 (JKS) |
|---|---|
| GARY W. MARKER and JAN ROMAN-MARKER, | Chapter 13 |
| Debtors. | Honorable John K. Sherwood, U.S.B.J. |

CONSENT ORDER VACATING THE COURT'S PRIOR ORDER DATED JUNE 25, 2020, FINDING WILLFUL VIOLATION OF THE AUTOMATIC STAY BY THE STATE OF NEW JERSEY, THE DEPARTMENT OF LABOR

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor(s): Gary W. Marker and Jan W. Roman-Marker
Case No.: 19-15303
Caption of Order: CONSENT ORDER

---

This matter having been originally opened to the Court upon a motion by AST & SCHMIDT, P.C., attorneys for debtors, Gary W. Marker and Jan W. Roman-Marker ("Debtors"), for entry of an order holding the State of New Jersey, Department of Labor and Workforce Development (hereafter "Department of Labor") in willful violation of the automatic stay; and the Court having entered an Order dated June 25, 2020, finding the State of New Jersey Department of Labor in Willful Violation of the Automatic Stay; and the New Jersey Office of the Attorney General Office and the Department of Labor not having received the aforesaid motion prior to the return date;

and with the Department of Labor's processing Jan Roman-Marker's unemployment benefits prior to the entry of the June 25 Order; and with the withheld unemployment benefits being returned; and upon the consent of the parties, Gurbir S. Grewal, Attorney General of New Jersey (Gregory L. Van Dyck, Deputy Attorney General, appearing) and David Ast, Esq.; and for good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED THAT this Court's Order entered June 25, 2020, is hereby vacated except as to the remittance of the $500.00 in attorney's fees.

CONSENTED AS TO FORM AND ENTRY:

AST & SCHMIDT, LLC
Attorneys for the Debtors

_____
Davis A. Ast, Esq.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for the New Jersey
Department of Labor

_____
Gregory L. Van Dyck
Deputy Attorney General

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 15-15303-JKS
Gary W. Marker                                                Chapter 13
Jan W. Roman Marker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jul 29, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
db/jdb         +Gary W. Marker,    Jan W. Roman Marker,    17 Tourne Road,    Boonton, NJ 07005-8823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              David A. Ast    on behalf of Debtor Gary W. Marker david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Joint Debtor Jan W. Roman Marker david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gregory L. Van Dyck    on behalf of Creditor    NJ Department of Labor and Workforce Development,
               Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov
              Justin Plean    on behalf of Creditor    Financial Freedom jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Financial Freedom , PATRICK.LACSINA@GMAIL.COM
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
                                                                                               TOTAL: 10